E-FILED
Tuesday, 19 December, 2006 03:06:30 PM
Clerk, U.S. District Court, ILCD

RECEIVED
DEC 1 8 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

U.S.____________ District Court Of ____________, ____________

Original Petition

06-1319

Charles Muhammad
North + South Korea
Algeria, Zimbabwe
Plaintiff
-VS-
1. Johnson Sam
2. Johnson Timothy
3. Jones Tubbs
4. Jones Walter
6. KanJorski
7. Kaptur
8. Keller
9. Kelly
10. Kenndy Mark
Defendants Kenndy Patrick

Kildee
Kilpatrick
Kind
King Pete
King Steve
Kingston
Kirk
Kline
Knollenberg
Kolbe

Kucinich
Kuhl
Lahood
Langevin
Lantos
Larsen
Larson
Latham
LaTourette
Leach

Lee
Levin
Lewis Jerry
Lewis John
Lewis Ron
Linden John
Lipinski
Lo Biondo
LoFgren
Lowey

1. Now comes Plaintiff Charles Muhammad, who states that the Defendants violated the following Constitutional Amendments:

2. Defendants violated the Fourth Amendment,

3. Defendants violated the Fifth Amendment,

4. Defendants violated the Sixth Amendment,

5. Defendants violated the Eighth Amendment,

6. Now comes Plaintiff who is asking for a Jury Trial, and for an immediate hearing on a Temporary Restraining Order. And asking for permission to proceed as a Class Action Law Suit, And Plaintiff is asking the court for Punative Damages and for any and all damages the court may allow.

Charles Muhammad
P.O. Box # 60501
Sunnyvale, California, 94088
832-367-4619
Signature __________ Date 11 / 29 / 06

U.S. ________________ District Court Of ________________, __________________

**Original Petition**

**Charles Muhammad**
North + South Korea
Algeria, Zimbabwe
**Plaintiff**
-VS-
1. Johnson Sam
2. Johnson Timothy
3. Jones Tubbs
4. Jones Walter
6. KanJorski
7. Kaptur
8. Keller
9. Kelly
10. Kenndy Mark

Kenndy Patrick, Kildee, Kilpatrick, Kind, King Pete, King Steve, Kingston, Kirk, Kline, Knollenberg, Kolbe, Kucinich, Kuhl, Lahood, Langevin, Lantos, Larsen, Larson, Latham, LaTourette, Leach, Lee, Levin, Lewis Jerry, Lewis John, Lewis Ron, Linden John, Lipinski, Lo Biondo, LoFgren, Lowey

**Defendants**

1. Now comes Plaintiff Charles Muhammad, who states that the Defendants violated the following Constitutional Amendments:

2. Defendants violated the Fourth Amendment,

3. Defendants violated the Fifth Amendment,

4. Defendants violated the Sixth Amendment,

5. Defendants violated the Eighth Amendment,

6. Now comes Plaintiff who is asking for a Jury Trial, and for an immediate hearing on a Temporary Restraining Order, And asking for permission to proceed as a Class Action Law Suit, And Plaintiff is asking the court for Punative Damages and for any and all damages the court may allow.

Charles Muhammad
P.O. Box # 60501
Sunnyvale, California, 94088
832-367-4619

Signature Charles Coston Date 11 / 29 / 06

**U.S. ________________ District Court Of ________________, ____________________**

**Original Petition**

**Charles Muhammad**
North + South Korea
Algerier, Zimbabwe
~~**Plaintiff**~~
~~**VS**~~

1. Johnson Sam
2. Johnson Timothy
3. Jones Tubbs
4. Jones Walter
6. Kanjorski
7. Kaptur
8. Keller
9. Kelly
10. Kenndy Mark

Kenndy Patrick

Kildee
Kilpatrick
Kind
King Pete
King Steve
Kingston
Kirk
Kline
Knollenberg
Kolbe

Kucinich
Kuhl
Lahood
Langevin
Lantos
Larsen
Larson
Latham
LaTourette
Leach

Lee
Levin
Lewis Jerry
Lewis John
Lewis Ron
Linder John
Lipinski
Lo Biondo
LoFgren
Lowey

**Defendants**

1. Now comes Plaintiff Charles Muhammad, who states that the Defendants violated the following Constitutional Amendments:

2. Defendants violated the Fourth Amendment,

3. Defendants violated the Fifth Amendment,

4. Defendants violated the Sixth Amendment,

5. Defendants violated the Eighth Amendment,

6. Now comes Plaintiff who is asking for a Jury Trial, and for an immediate hearing on a Temporary Restraining Order, And asking for permission to proceed as a Class Action Law Suit, And Plaintiff is asking the court for Punative Damages and for any and all damages the court may allow.

Charles Muhammad
P.O. Box # 60501
Sunnyvale, California, 94088
832-367-4619

Signature Charles Caston Date 11 / 29 / 06